UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-21235-JRS |
| | : | |
| Brenda Itzel Ortiz-Trejo | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE SACCA |
| _____ | : | |
| | : | |
| American Homes 4 Rent Properties Eight, LLC ISAOA, | : | |
| | : | CONTESTED MATTER |
| Movant, | : | |
| vs. | : | |
| | : | |
| Brenda Itzel Ortiz-Trejo | : | |
| | : | |
| Debtor, | : | |
| Albert F. Nasuti | : | |
| | : | |
| Trustee, | : | |
| | : | |
| Respondents. | | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that American Homes 4 Rent Properties Eight, LLC ISAOA has filed a *MOTION FOR RELIEF FROM STAY* and related papers with the Court seeking an Order Granting Motion for Relief from Stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the *Motion for Relief from Stay* at 9:00 am on January 25, 2022 in Courtroom 1404, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

1

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: December 29, 2021

                                                      O'KELLEY & SOROHAN
                                                      ATTORNEYS AT LAW, LLC

2170 Satellite Blvd., Ste. 375        /s/ Nicole Campbell
Duluth, GA 30097                       Nicole Campbell
T: (678) 942-1563                    Georgia Bar No. 953471
F: (678) 812-1180                    *Attorney for Movant*
E: ncampbell@oslawllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-21235-JRS |
| | : | |
| Brenda Itzel Ortiz-Trejo | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE SACCA |
| _____ | : | |
| | : | |
| American Homes 4 Rent Properties Eight, LLC ISAOA, | : | |
| | : | CONTESTED MATTER |
| Movant, | : | |
| vs. | : | |
| | : | |
| Brenda Itzel Ortiz-Trejo | : | |
| | : | |
| Debtor, | : | |
| Albert F. Nasuti | : | |
| | : | |
| Trustee, | : | |
| | : | |
| Respondents. | | |

## MOTION FOR RELIEF FROM STAY

COMES NOW, American Homes 4 Rent Properties Eight, LLC ISAOA ("Movant"), by and through its counsel of record, and shows this Court the following:

1.

Brenda Itzel Ortiz-Trejo, ("Debtor"), having filed a voluntary petition pursuant to 11 U.S.C. § 1301, *et seq.*, is subject to the jurisdiction of this Court.

3

2.

This Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362.

3.

This Motion is filed pursuant to 11 U.S.C. § 362(d). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4.

Movant is the owner and landlord of certain real property located at 7270 Wyngate Dr, Cumming, Georgia 30040 (hereinafter referred to as "Subject Property") currently leased to Debtor pursuant to a Renewal Rental Agreement at a rental rate of $2055.00 per month ("Lease"). A true and correct copy of the Lease is attached hereto as **Exhibit "A"** and incorporated herein by reference. A late fee of $100.00 is assessed if rent is not paid in full by the third (3rd) day of each month. Debtor has listed the Lease in Schedule G of their petition [Doc. 1, p. 42]. Debtor lists the Property as their residence in the Petition [Doc. 1, p.2].

5.

Debtor has defaulted under the terms of the Lease by failing to pay the monthly rent and utilities as required for October 2021 through the date of this Motion. As of December 2021, the unpaid rent, fees, and charges owed to Movant is $7728.38. A true and correct copy of the resident ledger for the Property is attached hereto as **Exhibit "B"** and incorporated herein by reference. Movant

4

further alleges that Debtor will continue to incur arrearages in both rent and late fees.

6.

Movant seeks to dispossess Debtor and any other occupants from the Property but is unable to exercise its state law remedies and pursue state law dispossessory proceedings as the automatic stay remains in effect.

7.

Because Movant is the owner of the Subject Property but unable to dispossess occupants of said Subject Property, Movant is not adequately protected and shows that there is cause for relief from the automatic stay.

8.

Further, because there may be little or no equity in the property which could benefit the Estate, the Trustee's interest should be deemed abandoned and the stay should be lifted with regard to Movant to allow it to proceed with the dispossessory proceedings.

WHEREFORE, Movant prays for the following relief:

(A)  An Order lifting the automatic stay, authorizing Movant to exercise its rights to take possession and enjoy use of that property which it currently owns;

(B)  That the relief granted herein be made binding in the event of conversion to another Chapter of the Bankruptcy Code;

(C)  That the Court validate any action(s) taken after bankruptcy was filed;

(D) That the Court waive the 14-Day Stay of Bankruptcy Rule 4001(a)(3);

(E) That Movant recover its reasonable costs and attorney's fees for having to file this Motion; and

(F) For such other and further relief as the Court deems just and equitable.

Dated: December 29, 2021.

        O'KELLEY & SOROHAN
        ATTORNEYS AT LAW, LLC

        /s/ Nicole Campbell
        Nicole Campbell
        Georgia Bar No. 953471
        2170 Satellite Blvd., Ste. 375
        Duluth, GA 30097
        T: (678) 942-1563
        F: (678) 812-1180
        E: ncampbell@oslawllc.com
        *Attorney for Movant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2021,, I electronically filed the foregoing *Notice of Hearing* and *Motion For Relief From Stay* with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Brenda Itzel Ortiz-Trejo
7270 Wyngate Dr
Cumming, GA 30040
*Debtor*

Philip William Lehman
The Semrad Law Firm, LLC
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303
*Attorney for Debtor*

Albert F. Nasuti
Thompson, O'Brien, Kappler & Nasuti, P.C.
Suite 400
2 Sun Court
Peachtree Corners, GA 30092
*Trustee*

Dated: December 29, 2021.

O'KELLEY & SOROHAN
ATTORNEYS AT LAW, LLC

/s/ Nicole Campbell
Nicole Campbell
Georgia Bar No. 953471
2170 Satellite Blvd., Ste. 375
Duluth, GA 30097
T: (678) 942-1563
F: (678) 812-1180
E: ncampbell@oslawllc.com
*Attorney for Movant*